AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

| Return | | |
|---|---|---|
| Case No.:<br>1:25-mj-00057-JCN | Date and time warrant executed:<br>2/25/2025  0600 | Copy of warrant and inventory left with:<br>Sandra Henderson |
| Inventory made in the presence of:<br>ATF S.A Tim Kenty | | |
| Inventory of the property taken and name(s) of any person(s) seized: | | |

See ATF form ATF Form ~~3400~~ 3400.23

2 pages.

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 2/25/25

_Executing officer's signature_

TFO Ben Murhff

_Printed name and title_

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

## Receipt for Property and Other Items

Page 1 of 2

| Case/Inspection Number | Case/Inspection Title | Office |
|---|---|---|
|  |  | PORTLAND FO |

Taken from: *(name, title, address, if appropriate)*
SANDRA AND JOHN HENDERSON

Recipient: *(name, title, address, if appropriate)*

Location of Transfer or Seizure
297 OLD BRUNSWICK RD, GARDINER, ME

Basis for Transfer or Seizure of Items:
SW

| Amount or Quantity | Description of Item(s) |
|---|---|
| 1 | SUSPECTED NARCOTICS IN GREEN ZIPPER CASE #1 |
| 1 | SUSPECTED NARCOTICS #2 |
| 49 | .22 WMR AMMO #3 |
| 6 | ROUNDS ASSORTED AMMO #4 |
| 1 | AMMO CAN W/ ASSORTED AMMO #6 |
| 1 | SCALE W/ SUSPECTED NARCOTICS #5 |
| 1 | AMMO CAN W/ ASSORTED AMMO AND ACCESSORIES #7 |
| 19 | ROUNDS ASSORTED AMMO #8 |
| 1 | SCALE W/ SUSPECTED NARCOTICS RESIDUE #9 |
| 6 | ROUNDS ASSORTED AMMO #10 |
| 38 | ROUNDS ASSORTED AMMO #11 |
| 7 | ROUNDS 12 GAUGE AMMO #12 |
| 1 | AMMO CAN W/ ASSORTED AMMO AND MAGS #13 |
| 1 | BAG ASSORTED AMMO MARKED "100" #14 |
| 1 | BAGGIE OF SUSPECTED PHENECATIN #15 |
| 2 | 12 GAUGE SHOTGUN ROUNDS #16 |
| 1 | BAGGIE OF SUSPECTED COCAINE #17 |
| 1 | BAGGIE OF SUSPECTED COCAINE #18 |
| 1 | BAGGIE OF SUSPECTED COCAINE #19 |

I hereby acknowledge receipt of the above item(s) into my custody.

Received by: *(signature)*  Date: 2/25/25

Transferred by: *(signature, if appropriate)*  Date

Witnessed by: *(signature)*  Date

GPO U.S. GOVERNMENT PRINTING OFFICE: 2018-405-134 / 8-07031

ATF Form 3400.23
Revised March 2005

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

## Receipt for Property and Other Items

Page 2 of 2

| Case/Inspection Number | Case/Inspection Title | Office |
|---|---|---|
| | | PORTLAND FO |

Taken from: *(name, title, address, if appropriate)*
SANDRA AND JOHN HENDERSON

Recipient: *(name, title, address, if appropriate)*

Location of Transfer or Seizure
297 OLD BRUNSWICK RD, GARDINER ME

Basis for Transfer or Seizure of Items:
SW

| Amount or Quantity | Description of Item(s) |
|---|---|
| 4 | ROUNDS OF 12 GAUGE AMMO #20 |
| 1 | WINCHESTER 12 GAUGE SHOTGUN #21 |
| 17 | ROUNDS ASSORTED AMMO #22 |
| UNKNOWN | ASSORTED CAL. / ASS. MNF. AMMO #23 |
| 1 | CELLULAR PHONE (S. HENDERSON) #24 |
| 1 | SAMSUNG CELLULAR PHONE IMEI: 354229117564785 #25 |
| 1 | MOTOROLA CELLULAR PHONE STICKER 658215316605 #26 |
| 1 | MAGAZINE SCCY #27 |
| 32 | ROUNDS 9MM AMMO #28 |
| 1 | BAGGIE OF SUSPECTED HEROINE #29 |
| 2 | FIREARMS SCOPES #30 |

WAS ~~SPACE NOT USED~~

I hereby acknowledge receipt of the above item(s) into my custody.

Received by: *(signature)* [signed]
Date: 2/25/25

Transferred by: *(signature, if appropriate)*   Date   Witnessed by: *(signature)*   Date

ATF Form 3400.23
Revised March 2005